# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: November 28, 2016

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RICHARD WATERS, | \* | |
| | \* | No. 16-1084v |
| Petitioner, | \* | |
| v. | \* | UNPUBLISHED |
| | \* | |
| SECRETARY OF HEALTH | \* | Notice of Voluntary Dismissal; |
| AND HUMAN SERVICES, | \* | Vaccine Rule 21(a). |
| | \* | |
| Respondent. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS[1]

Dorsey, Chief Special Master:

On November 21, 2016, petitioner filed a notice of voluntary dismissal, requesting that this claim be dismissed pursuant to Vaccine Rule 21(a). In accordance with this rule, this case is hereby **dismissed without prejudice**. The Clerk of the Court is instructed that **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the action in this case, I intend to post it to the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.